IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MARLO COLEMAN**, | ) CASE NO. 2:20-cv-05544 |
| | ) |
| Plaintiff, | ) JUDGE ALGENON L. MARBLEY |
| | ) |
| v. | ) MAGISTRATE JUDGE ELIZABETH A. |
| | ) DEAVERS |
| **THE HONORABLE KIM A. BROWNE,** | ) |
| | ) **JOINT STIPULATION OF** |
| Defendant. | ) **DISMISSAL WITHOUT PREJUDICE** |

NOW COME Plaintiff and Defendants, by and through their respective counsel, and hereby jointly and mutually stipulate, pursuant to Rule 41(a)(1)(A), that this entire action and all claims in Plaintiff's Complaint are hereby dismissed without prejudice, with each party to bear its own respective costs, including court costs, expenses, and attorneys' fees.

Respectfully submitted,

/s/ *Doston B. Jones*
Doston B. Jones (0084195)
**NILGES DRAHER LLC**
1360 E. 9th St., Suite 808
Cleveland, Ohio 44114
Telephone:     (216) 230.2955
Email:          djones@ohlaborlaw.com

**Counsel for Plaintiff**

/s/ *John A. Zervas (with permission)*
John A. Zervas (0043611)
Theresa M. Dean (0086004)
Krista R. Mason (0097781)
Assistant Prosecuting Attorneys
373 South High Street, 13th Floor
Columbus, Ohio 43215
Telephone: (614) 525-3520
Fax: (614) 525-612
jzervas@franklincountyohio.gov
tdean@franklincountyohio.gov
kmason@franklincountyohio.gov

**Attorney for Defendants**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Doston B. Jones*
Doston B. Jones (0084195)
*Counsel for Plaintiff*